IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RENO RUDI                                    :         CIVIL ACTION

     v.                                      :

LEGAL PREVENTION SERVICES, LLC   :
and JOHN CORDOVA                             :         NO. 15-902

O R D E R

AND NOW, this 17th day of NOVEMBER, 2015, a review of the docket

discloses that an Answer to the Complaint in the above-captioned matter has not been filed by

the Defendants Legal Prevention Services, LLC and John Cordova, and no request for default

has been filed, it is hereby **ORDERED** that the matter is hereby **DISMISSED WITHOUT**

**PREJUDICE** for lack of prosecution.

BY THE COURT:

/s/ L. Felipe Restrepo

_____

L. FELIPE RESTREPO,                          J.